# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin Michael Hoff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| James Sayler - Warden, | ) | Case No. 1:22-cv-151 |
| | ) | |
| Defendant. | ) | |

The court previously set a scheduling conference in this matter for January 27, 2023, at 9:00 AM. The court shall reset the scheduling conference for February 14, 2023, at 1:30 PM by telephone. To participate in the scheduling conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 27th day of January, 2023.

                                                                                       */s/ Clare R. Hochhalter*
                                                                                      Clare R. Hochhalter, Magistrate Judge
                                                                                      United States District Court