IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin Michael Hoff, ) | |
| ) | **ORDER RE MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| James Sayler, Warden, North Dakota State ) | |
| Penitentiary, ) | |
| ) | Case No. 1:22-cv-151 |
| Defendant. ) | |

**IT IS ORDERED**:

The mid-discovery status conference scheduled for June 13, 2023, shall be rescheduled for July 6, 2023, at 11:00 AM before the magistrate judge by telephone. The conference shall be attended by lead counsel for each party, with authorization to bind the party on all matters addressed at the conference. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court. The court was previously advised by Plaintiff of his intent to file a motion for leave to file an amended complaint. Plaintiff shall have until July 6, 2023, to file such a motion.

Dated this 13th day of June, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court