# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin Michael Hoff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, North Dakota State Penitentiary, | ) | Case No. 1:22-cv-151 |
| | ) | |
| Defendant. | ) | |

The court shall schedule a status conference in the above-captioned action on March 5, 2024, at 9:00 AM by telephone to discuss, among other things, Plaintiff's concerns regarding discovery. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court