IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Kevin Michael Hoff, | ) |
|      Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph Joyce, Warden, North Dakota State Penitentiary, | ) Case No. 1:22-cv-151 |
|      Defendant. | ) |

The court shall hold a status conference with the parties on May 10, 2024, at 10:00 AM CDT by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The purpose of the conference is discuss discovery generally and Plaintiff's discovery request at Doc. No. 82 in particular.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2024.

                                             */s/ Clare R. Hochhalter*
                                             Clare R. Hochhalter, Magistrate Judge
                                             United States District Court