IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin Michael Hoff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, North Dakota State Penitentiary, | ) ) | Case No. 1:22-cv-151 |
| | ) | |
| Defendant. | ) | |

The court previously scheduled a status conference with the parties on May 10, 2024, at 10:00 AM CDT by telephone. The court intends to proceed with the conference as scheduled. However, it will conduct the conference from Courtroom #2. Counsel for Defendant can appear in person or remotely via video. Arrangements have been made for Defendant to appear remotely via video.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court