# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Kevin Michael Hoff, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph Joyce, Warden, North Dakota State Penitentiary, | ) | Case No. 1:22-cv-151 |
| | ) | |
| Defendant. | ) | |

To afford the court with sufficient to address the pending motions in this case, the court finds its necessary to postpone the final pretrial conference and jury trial. Accordingly the final pretrial conference scheduled for June 25, 2024, and jury trial scheduled for July 16, 2024, are cancelled with the understanding that they shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court